# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 5, 2020

## NO. 03-19-00593-CV

### A. B. a/k/a A. L. B. a/k/a A. B. a/k/a M. S., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

## APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
## AFFIRMED -- OPINION BY JUSTICE BAKER

This is an appeal from the decree of termination signed by the trial court on August 21, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the decree. Therefore, the Court affirms the trial court's termination decree. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.